IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ALONZO H. THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:19cv417-MHT |
| ) | (WO) |
| DERRICK CUNNINGHAM, et ) | |
| al., ) | |
| ) | |
| Defendants. ) | |

## OPINION

Plaintiff, an inmate, filed this lawsuit in state court claiming that the defendants, the Montgomery County Sheriff and his employees, had taken money from his inmate account without due process and imposed excessive fines for a prior incident of alleged misconduct. The case was removed to this court on the basis of federal-question jurisdiction. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment should be granted. There are no objections to the recommendation. After an independent

and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted, with one minor exception.  The court does not adopt the finding that the majority of the fine plaintiff received for destroying a broom was due to his destruction of his identification card, as it appears the latter incident occurred months prior to the broom incident and it is unnecessary to resolve the issue.  *See* Report and Recommendation (Doc. 23) at 10.  Nevertheless, plaintiff's excessive-fines claim fails for the other reasons stated in the report and recommendation.

    An appropriate judgment will be entered.

    DONE, this the 11th day of August, 2022.

                                      /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**